UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-21924 |
| | ) | |
| Jonathan Jackson, Sr., | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VACATING DISMISSAL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1. The Order Dismissing Case for Material Default, Docket Number 36, is vacated.

2. Debtor's case is reinstated.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: August 11, 2021

**Prepared by:**

Alexander Preber, ARDC #6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100